On this phase of the case the petition and affidavits present disputed questions of fact. Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ., concur.

MICHELINA JACARUSO, as Administratrix of the Estate of NICOLETTA JACARUSO, Deceased, Appellant, v. SAM RICHMAN et al., Respondents. (Appeal No. 1.) —

Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.

MICHELINA JACARUSO, as Administratrix of the Estate of NICOLETTA JACARUSO, Deceased, Appellant, v. SAM RICHMAN et al., Respondents. (Appeal No. 2.) —

Although the circumstances disclosed by the record, and particularly the refusal of the attorney for plaintiff to produce the transcription of the examinations at the instance of the learned Special Term Justice, required the denial of the motion to punish for contempt, the interests of justice would be defeated if in this action for wrongful death a proper examination before trial be not had of each of the defendants. The transcription of each examination had shows that it was of no value, due to the inept questions propounded by the attorney for plaintiff, the evasiveness of the witnesses and the refusals to answer proper questions, upon objections interposed by the attorney for defendants. Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.

MARGARET JENNINGS, Respondent, v. MARY DZIADIK, Appellant.—

No opinion.

Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

HAROLD M. JENSEN, Appellant v. CHRISTIAN H. BRANDMAIER et al., Copartners Doing Business under the Name of BRANDMAIER & SIGRIST et al., Respondents.—

Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.